# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIMOTHY S. BARKOVIC,

    Plaintiff,

v.                                               Case No. 10-14145

JUSTICES OF THE MICHIGAN SUPREME
COURT, et al.,

    Defendants.
                                               /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for a Preliminary Injunction and Granting Defendants' Motion to Dismiss," dated December 10, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants and against Plaintiff. Dated at Detroit, Michigan, this 10th day of December 2010.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT


                                                         S/Lisa Wagner
                                       By: Lisa Wagner, Case Manager and Deputy Clerk
                                               to Judge Robert H. Cleland